IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff** | |
| vs. | Cr. No. 97-CR0082-63(SEC) |
| **ROBERTO ROBLEDO-GARCIA** **Defendant** | |

**MOTION FOR FOR AN ORDER TO SHOW CAUSE HEARING REQUEST FOR A SUMMONS AND THE TOLLING OF TERM OF SUPERVISED RELEASE**

**TO THE HONORABLE SALVADOR E. CASELLAS**
**UNITED STATES DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

**COMES NOW, FERNANDO MORALES, UNITED STATES PROBATION OFFICER of this Court,** presenting an official report regarding the conduct and attitude of Roberto Robledo-García, who on February 26, 1999, was sentenced to serve an imprisonment term of sixty (57) months to be followed by a supervised release term of four (4) years. A special monetary assessment for the amount of $100.00 was imposed and paid on February 26, 1999. In addition to the standard conditions of supervised release, the special conditions of drug testing, participation in a substance abuse program, if necessary, provide financial disclosure and evidence to the effect that income tax returns have been duly filed were also imposed. On May 19, 2003, Mr. Robledo-García was released from custody at which time his supervised release term commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1.     **VIOLATION OF SPECIAL CONDITION NO. 3 - "THE DEFENDANT SHALL ANSWER TRUTHFULLY ALL INQUIRES BY THE PROBATION OFFICER AND FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER."**

On May 3, 2006, offender was questioned by the probation officer about the status of his child support to which he claimed having a verbal agreement with his former partner in which no support payments were required from him.  On May 3, 2007, Ms. Miriam Garcia, mother, called informing that Mr. Robledo-García was detained on that same date as ordered by the Hon. Rafael Riefkohl-Marcano, District Judge, since the offender's child support payments were in arrears in the amount of $6,800.  On May 9, 2007 the offender was released to a local community correction center in Ponce, PR, to allow him the opportunity to work in order to satisfy his child support debt.  A follow-up hearing will be held on August 2, 2007 at District Court, Ponce, P.R.

The Court certify documents were requested to the sentencing Judge due to the fact that all information regarding Child Support cases are confidential.

**WHEREFORE**, in lieu of the aforementioned, it is respectfully requested that the Court issue a summons to the offender so that he may appear for an order to show cause hearing.  In addition, it is requested that the tolling of the supervision term be ordered. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 16 day of May 2007

      Respectfully submitted,

      EUSTAQUIO BABILONIA, CHIEF
      U.S. PROBATION OFFICER
      Fernando Morales
      U.S. Probation Officer

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on May 16, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney, W. Stephen Muldrow, Esq., U.S. Attorney's Office and to Defense Counsel Jose R. Franco, Esq.

In San Juan, Puerto Rico, this 16th day of May 2007.

s/ Fernando J. Morales-Aldahonda
U.S. Probation Officer
150 Chardón Ave., Rm 400
San Juan, PR 00918
Tel. (787)766-5596
Fax: (787)766-5945
fernando_morales@prp.uscourts.gov