# UNITED STATES DISTRICT COURT

FOR THE     District of     PUERTO RICO

| UNITED STATES OF AMERICA | **ORDER OF TEMPORARY DETENTION TO PERMIT REVOCATION OF CONDITIONAL RELEASE, DEPORTATION OR EXCLUSION** |
|---|---|
| V. | |

63- ROBERTO ROBLEDO-GARCIA     Case Number:    CR. 97-082 (SEC)
*Defendant*

I find that the defendant

is, and was at the time the alleged offense was committed:

☐ on release pending trial for a felony under federal, state, or local law.

☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

X on bail, supervised release, probation or parole for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant may

☐ flee, or ☐ pose a danger to another person or the community.

**PRELIMINARY HG RE: SRT VIOLATIONS BEFORE CHIEF USMJ JUSTO ARENAS**

I accordingly ORDER the detention of the defendant without bail to and including    **5/30/07 AT 10:30 AM**, which is not more than ten days from the date of this Order, excluding Saturdays, Sundays, and holidays.

I further direct the attorney for the Government to notify the appropriate court, probation or parole official, or state or local law enforcement official, or the appropriate official of the Immigration and Naturalization Service so that the custody of the defendant can be transferred and a detainer placed in connection with this case.

If custody is not transferred by the above date, I direct the production of the defendant before me on that date so that further proceedings may be considered in accordance with the provisions of 18 U.S.C. § 3142.

Date:    May 18, 2007            *s/ Camille Vélez-Rivé*
                                                                 *Judicial Officer*
                                   CAMILLE VÉLEZ-RIVÉ, U.S. MAGISTRATE JUDGE