**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

   vs.                                                  CASE NO. 3:97-CR-0082-63 (SEC)

ROBERTO ROBLEDO-GARCIA
*********************************

**SUPPLEMENT TO THE MOTION FILED ON MAY 16, 2007**

TO THE HONORABLE SALVADOR E. CASELLAS
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

     **COMES NOW, FERNANDO MORALES, UNITED STATES PROBATION OFFICER** of this Court, respectfully informing that on May 16, 2007, a motion was filed notifying the Court of Mr. Robledo-Garcia' violations of supervised release conditions. Since the filing of the last motion, this officer obtained documents that revealed additional violations by Mr. Roberto Robledo-Garcia.

1.    **VIOLATION OF STANDARD CONDITION NO. 11: "THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER WITHIN SEVENTY-TWO HOURS OF BEING ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER."**

     On March 7, 2007, the offender was detained and taken to Las Cucharas prison in Ponce for failing to appear in Court for a child support hearing, case number JDI1994-0146. On March 27, 2007 the offender was released from the state prison after paying the amount of $2,000 as a partial payment. Offender failed to report this arrest.

2.  **VIOLATION OF STANDARD CONDITION NO. 7: "THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICER AS DIRECTED BY THE COURT OR PROBATION OFFICER AND SHALL SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH."**

Offender failed to report the payment of $2,000 in his monthly report for the month of March 2007, as part of his conditions of Supervised Release.

**WHEREFORE**, I declare under a penalty of perjury that the above-mentioned is true and correct. It is respectfully requested, unless the Court rules otherwise, that the above violations be made part of the Motion filed on May 16, 2007. Thereupon, the offender to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 25th day of May 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Fernando Morales
Fernando Morales
U.S. Probation Officer
Federal Office Bldg., Rm. G-50
150 Chardón Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5649
Fax 787-766-5945
E-mail:fernando_morales@prp.uscourts.gov

fm

**CERTIFICATE OF SERVICE**

I HEREBY certify that on May 25, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney, W. Stephen Muldrow, Esq., U.S. Attorney's Office and to Defense Counsel Jose R. Franco, Esq.

In San Juan, Puerto Rico, this 25th day of May 2007.

                                            s/ Fernando J. Morales-Aldahonda
                                            U.S. Probation Officer
                                            150 Chardón Ave., Rm 400
                                            San Juan, PR 00918
                                            Tel.  (787)766-5596
                                            Fax: (787)766-5945
                                            fernando_morales@prp.uscourts.go