AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

**ROBERTO ROBLEDO-GARCIA**

**WARRANT FOR ARREST**

Case Number: 97-82 (63)(SEC)

*RECEIVED AND FILED 2007 MAY 30 AM 9:17 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ROBERTO ROBLEDO-GARCIA**
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complain **X** Order of court **X** Violation      Probation Violation Petition

charging him or her      (brief description of offense)
**ONCE DEFENDANT IS ARRESTED, HE SHALL BE BROUGHT BEFORE U.S. MAGISTRATE JUDGE A PRELIMINARY REVOCATION HEARING IN RE: SUPERVISED RELEASE VIOLATION.**

in violation of _____ United States Code, Section(s) _____

Salvador E. Casellas
Name of Issuing Officer

S/ Salvador E. Casellas
Signature of Issuing Officer

U.S. District Judge
Title of Issuing Officer

May 17, 2007 on San Juan, Puerto Rico
Date and Location

Bail fixed at _____     by  Frances Ríos de Morán
                                   Name of Judicial Officer

by: S/ Sulma López-Defilló
Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED 5-18-07 | NAME AND TITLE OF ARRESTING OFFICER Miguel Montalvo  TFA | SIGNATURE OF ARRESTING OFFICER By: [signature] |
|---|---|---|
| DATE OF ARREST 5-18-07 | | |