IN  THE  UNITED  STATES  DISTRICT  COURT
FOR  THE  DISTRICT  OF  PUERTO  RICO


UNITED STATES OF AMERICA, *
Plaintiff                              *
                                           *
     vs.                                *              CR. NO.: 97-0082-063 (SEC)
                                           *
ROBERTO ROBLEDO-GARCIA  *
Defendant                           *
* * * * * * * * * * * * * * * * * * * * *


**MOTION  REQUESTING  HABEAS  CORPUS**


TO THE HONORABLE SALVADOR E. CASELLAS,
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, FERNANDO MORALES, U.S. PROBATION OFFICER OF THIS COURT, RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 16, 2007, the United States Probation Office filed a motion regarding the offender's violations to his supervised release conditions and requested for a summons. On May 17, 2007, Your Honor granted this officer's request and order that a warrant for Mr. Robledo-Garcia's arrest be issued.  On July 17, 2007, U.S. Probation Officer was inform that the offender is under the custody of the Commonwealth of Puerto Rico Department of Corrections , at the Ponce Correctional Facility, Las Cucharas.

**WHEREFORE**, I declare under penalty of perjury the foregoing is true and correct and, in light of the aforementioned, it is respectfully requested that the Warden of the Ponce Correctional Facility (Las Cucharas) be ordered to produce this offender before this

Honorable Court to show cause why his supervised release term should not be revoked.

Thereupon, he to be dealt with pursuant to law

      In San Juan, Puerto Rico, this 18th  day of July 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


Fernando Morales
U.S. Probation Officer

## CERTIFICATE  OF  SERVICE

I HEREBY certify that on July 18, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Assistant U.S. Attorney, Stephen Muldrow, Esq., U.S. Attorney's Office and to Defense Counsel Hector Ramos, Esq.

In San Juan, Puerto Rico, this 18th  day of July 2007.

s/ Fernando J. Morales-Aldahonda
U.S. Probation Officer
150 Chardón Ave., Rm 400
San Juan, PR 00918
Tel.  (787)766-5596
Fax: (787)766-5945
fernando_morales@prp.uscourts.gov