# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

 vs.  **CRIMINAL. NO. 97-82 (63)(SEC)**

**ROBERTO ROBLEDO-GARCIA**

----------------------------------------------------

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   The United States Marshal
      and Warden, Ponce Correctional Facility (Las Cucharas)
      Ponce, Pureto Rico

We command you, the Warden, Ponce Correctional Facility (Las Cucharas) to release **ROBERTO ROBLEDO-GARCIA** to the custody of the US Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Lesvia Maldonado, Acting US Marshal for the District of Puerto Rico, to have the body of **ROBERTO ROBLEDO-GARCIA** and take him under your custody under safe and secure conduct, and remove the said **ROBERTO ROBLEDO-GARCIA** forthwith and bring him to MDC-Guaynabo, Puerto Rico on **JULY 20, 2007** and any subsequent days thereafter, and that you safely and securely return said **ROBERTO ROBLEDO-GARCIA**, to the custody of the Warden, Ponce Correctional Facility (Las Cucharas), Ponce, Puerto Rico.

>WITNESS the Honorable Salvador E. Casellas
>U. S. District Judge, United States
>District Court for the District of
>Puerto Rico, at San Juan, Puerto Rico
>and the Seal of said Court,
>this 19th day of July, 2007.

2

FRANCES RIOS DE MORAN
Clerk, U. S. District Court for
the District of Puerto Rico

By: s/ Sulma López-Defilló
        Deputy Clerk