# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: SULMA LOPEZ-DEFILLO          DATE: JULY 26, 2007

COURT REPORTER: FTR/sld                        **CRIM. NO. 97-082 (63)(SEC)**

COURT INTERPRETER: FELIX TOLEDO

==================================================================
<u>Attorneys:</u>

UNITED STATES OF AMERICA               AUSA, ERNESTO LOPEZ

vs.

ROBERTO ROBLEDO-GARCIA                 AFPD, JOANNIE PLAZA-MARTINEZ
U/C 16163-069

==================================================================

The defendant is present in court. He is  _x_  under custody  ___  on bond

    **CASE CALLED FOR REVOCATION HEARING**.

_X_   Defendant admits having violated his conditions of Supervised Release.

    **SENTENCE IMPOSED ON   FEBRUARY 26, 1999 is REVOKED**.

**SENTENCE**: <u>IMPRISONMENT FOR TIME SERVED, AND NO MORE SUPERVISED RELEASE IS HEREBY IMPOSED.</u>

                                               *S/ Sulma López-Defilló*
                                               Courtroom Deputy Clerk